# UNITED STATES DISTRICT COURT
for the
_Western_ District of _Virginia_

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR - 3 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

United States of America )
v. )
Sherwin Timothy Farmer )
) Case No: 7:98CR00033-001
) USM No: 07798-084
Date of Previous Judgment: November 13, 1998 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____   Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: ___ to ___ months   Amended Guideline Range: ___ to ___ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant was already sentenced to the statutory minimum, and thus is ineligible for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2).

Except as provided above, all provisions of the judgment dated _11/13/1998_ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3/3/08

_/s/ Jackson L. Kiser_
Judge's signature

Effective Date: 3/3/08
(if different from order date)

Jackson Kiser, Senior United States District Judge
Printed name and title